# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

| | |
|---|---|
| Eliseo Cabrera | t: (212) 460-0047 |
| Katz Melinger PLLC | f : (212) 428-6811 |
| | edcabrera@katzmelinger.com |

April 11, 2022

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The application is **GRANTED IN PART**. The initial pretrial conference scheduled for April 20, 2022, is **adjourned** to **May 18, 2022**, at **4:30 p.m.,** on the following conference line: 888-363-4749, access code: 558-3333. By **May 11, 2022**, the parties shall file a joint letter and proposed case management plan and scheduling order. The Clerk of Court is respectfully directed to close the motion at Docket No. 18.
>
> Dated: April 12, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *Quintanilla v. Arancini Bros. et al.*
<u>Civil Action No. 22-cv-1410-LGS</u>

Dear Judge Schofield:

We are attorneys for Plaintiff in the above-captioned matter, and write pursuant to Your Honor's Individual Rules to respectfully request that the Initial Conference currently scheduled for April 20, 2022 at 4:30PM be adjourned to June 16, 2022 or a date thereafter as deemed appropriate by the Court. Defendants Arancini Bros. LLC ("AB") and Giulia Della Gatta ("Gatta") consent to this request.[1] This is the parties' first request for an adjournment of the Initial Conference.

Plaintiff filed a complaint on February 18, 2022, completed service of process for AB on March 2, 2022 (Dkt. No.11) and obtained a waiver of service for Gatta dated April 5, 2022 (Dkt. No.14). However, during a discussion with counsel for AB and Gatta on April 6, 2022, Plaintiff's counsel learned of the existence of an additional defendant involved in this matter, which would necessitate an amendment of the Complaint. As a result, on April 11, 2022 Plaintiff filed an Amended Complaint pursuant to FRCP 15(a)(1)(A), naming Karima Zizoune as a defendant in this lawsuit (Dkt. No. 15). Counsel for AB and Gatta have indicated that AB and Gatta will file a response to the Amended Complaint by June 6, 2022.

Accordingly, the parties respectfully request an adjournment of the Initial Conference in order to allow defendants AB and Gatta to file a response to the Amended Complaint and to allow Plaintiff's counsel to serve defendants Dave Campaniello and Karima Zizoune with a copy of the Amended Complaint.

---

[1] Defendant Dave Campaniello has not yet appeared in this matter.

Honorable Lorna G. Schofield<br>
April 11, 2022<br>
Page 2

We thank the Court for its attention to this matter.

                                  Respectfully submitted,

                                  */s/ Eliseo Cabrera*
                                  Eliseo Cabrera

CC: Michael Samuel, Esq. (via ECF)
     Dave Campaniello (via regular mail)
     Karima Zizoune (via regular mail)