UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE QUINTANILLA,
                         Plaintiff,

                -against-

ARANCINI BROS. LLC, et al.,

                        Defendants.
------------------------------------------------------------X

22 Civ. 1410 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, per the Civil Case Management Plan and Scheduling Order dated June 9, 2022, the parties were directed to file a joint status letter by August 15, 2022.

    WHEREAS, no letter was filed. It is hereby

    **ORDERED** that by **August 18, 2022**, the parties shall file a joint status letter.

Dated: August 16, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE