UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE QUINTANILLA,
                         Plaintiff,

           -against-

ARANCINI BROS. LLC, et al.,
                        Defendants.
------------------------------------------------------------X

22 Civ. 1410 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on August 18, 2022, the parties filed a joint status letter stating that the parties had made considerable movement in settlement negotiations and were optimistic that a settlement would be reached within three weeks (Dkt. No. 45);

    WHEREAS, the current fact discovery deadline is October 13, 2022.  It is hereby

    **ORDERED** that, by **October 4, 2022**, the parties shall file a joint status letter with an update on the status of settlement negotiations and/or fact discovery.

Dated: September 28, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE