UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JOSE QUINTANILLA, :
                Plaintiff, :
: 22 Civ. 1410 (LGS)
       -against- :
: ORDER
:
ARANCINI BROS. LLC, et al., :
                Defendants. :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 4, 2022, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

      **ORDERED** that, by **October 25, 2022**, the parties shall submit to the Court: (*i*) the settlement agreement; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

      **ORDERED** that all conferences and trial are **CANCELED**.

Dated: October 5, 2022
      New York, New York

                                                    LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE