# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

| | |
|---|---|
| Eliseo Cabrera | o: 212.460.0047 |
| Katz Melinger PLLC | f: 212.428.6811 |
| | edcabrera@katzmelinger.com |

November 7, 2022

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Quintanilla v. Arancini Bros. et al.*
Civil Action No. 22-cv-1410-LGS

Your Honor:

We are attorneys for Plaintiff in the above-captioned matter, and submit this letter jointly with counsel for Defendants to respectfully request a brief extension of the parties' deadline to submit the proposed settlement agreement and letter motion for approval. This is the parties' second request for an extension.

Pursuant to the Court's Order dated October 26, 2022, the parties were required to submit their settlement agreement and letter motion for approval to the Court on or before November 7, 2022. Since that time, some of the essential terms of the settlement have changed and it has taken time to re-write large portions of the settlement agreement. The parties have agreed upon the essential terms and are finalizing the language of the agreement to have it suitable for all parties involved. The parties respectfully request a brief extension, until November 21, 2022, to provide the parties with sufficient time to review and execute the submissions.

The parties apologize to the Court for the untimeliness of this request. The parties are confident that they will be able to submit the agreement and accompanying letter motion to the Court by November 21, 2022.

We thank the Court for its attention to this matter.

Application GRANTED. The parties shall file the materials referenced above by **November 21, 2022**. No further extensions will be granted absent extraordinary circumstances.

Respectfully submitted,
*/s/ Eliseo Cabrera*
Eliseo Cabrera

Dated: November 7, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE